USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/11/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONALD ADDISON MANZANO,

        Plaintiff,

  -v-

MIDLAND CREDIT MANAGEMENT,

        Defendant.
-----------------------------------------------------------X
DONALD ADDISON MANZANO,

        Plaintiff,

  -v-

TRANS UNION (OF DELAWARE) LLC,

        Defendant.
-----------------------------------------------------------X

**ORDER**

23-CV-5920 (JGLC) (JLC)
23-CV-5990 (JGLC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held initial case management conferences today by telephone in these related cases. At the conferences, the Court set the following deadlines:

    The parties are directed to engage in settlement discussions for the next 30 days to see if the cases can be resolved without further litigation. Should the parties be unable to reach a settlement, plaintiff will have until **January 11, 2024**, to amend his complaint in both cases. Defendants then will have until **February 9, 2024**, to file a motion to dismiss the amended complaint, or alternatively, a motion for summary judgment. Plaintiff's opposition papers to defendants' motions will be

due by **March 8, 2024**, and defendants' reply papers will be due by **March 22, 2024**.

    **SO ORDERED.**

Dated:  December 11, 2023
        New York, New York

                                        _____
                                        JAMES L. COTT
                                        United States Magistrate Judge